UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

FILED
5-9-08
MAY X 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 08CR 376 |
| ) | |
| v. ) | Hon. Nan R. Nolan |
| ) | No. |
| KIMBERLY F. COX ) | MAGISTRATE JUDGE NOLAN |

The undersigned Affiant personally appeared before NAN R. NOLAN, a United States Magistrate Judge, and being duly sworn on oath, states: That at the WESTERN DISTRICT OF KENTUCKY one KIMBERLY F. COX was charged in an indictment with conspiracy to knowingly and with intent to defraud uses one or more counterfeit access devices, in violation of Title 18, United States Code, Sections 1029(a)(1) and 1029(c)(1)(A)(I) and to knowingly and with intent to defraud possesses, fifteen of more devices, which are counterfeit or unauthorized access devices, in violation of Title 18, United States Code, Sections 1029(a)(3) and 1029(c)(1)(A)(I); and to knowingly transport, receive, possess, sell, distribute or purchase contraband cigarettes, in violation f Title 18, United States Code, Sections 2342 and 2341, all in violation of Title 18, United States Code, Section 371 (Count 1); knowingly and with intent to defraud, used one or more counterfeit access devices in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 1029(a)(1) and 1029(c)(1)(A)(I) (Count 2); and knowingly possess, receive and transport contraband cigarettes for the purpose of resale in Illinois, which bore the evidence of the payment of applicable state taxes in the state of Illinois, in violation of Title 18, United States Code, Section 2342(a) and 3237(a) (Count 3), and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

X *Sara A. Coughlin*
Sara Coughlin
Special Agent
Bureau of Alcohol, Tobacco and Firearms

Subscribed and Sworn to before me this
__9th__ day of ___May___, 2008.

*Nan R. Nolan*
NAN R, NOLAN
United States Magistrate Judge

ANTHONY P. GARCIA
Assistant U.S. Attorney
312-469-6151

2

AO 442 (Rev. 08/07) Warrant for Arrest

CERTIFIED
U. S. DISTRICT COURT
LOUISVILLE, KY
DATE: 5-6-08
BY: T. Burch
Deputy Clerk

# UNITED STATES DISTRICT COURT

__Western__ District of __Kentucky__

UNITED STATES OF AMERICA

V.

KIMBERLY F. COX

**WARRANT FOR ARREST**

Case Number: 3:08CR-46-S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Kimberly F. Cox, 905 E. 76th Street, Chicago, IL__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)
conspiracy to defraud the United States; fraud in connection with access devices, possession, receipt and transportation of contraband cigarettes.

☒ in violation of Title __18__ United States Code, Section(s) __371, 1029(a)(1); 1029(c)(1)(A), 2342(a), 3237(a)__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Dave Whalin | (EBOC) T. Burch |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. Magistrate Judge | 05/06/2008  Louisville, Kentucky |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |