Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 376 - 1 | **DATE** | 05/09/08 |
| **CASE TITLE** | USA vs. Kimberly F. Cox | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Kimberly F. Cox appears in response to arrest on 05/09/08. Defendant informed of her rights. Enter order appointing Daniel P. McLaughlin the Federal Defender Program as counsel for defendant for initial appearance only. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Kimberly F. Cox is the person named in the arrest warrant. Government and Defendant agree on certain conditions of release. Order defendant removed to the Western District of Kentucky. Defendant is to appear before the Magistrate Judge at the U.S. District Court in Kentucky on 05/20/08.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|

08CR376 - 1 USA vs. Kimberly F. Cox