# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

US vs. Kimberly Cox

FOR AT

**FILED** 5-9-08 MAY 0 9 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

PERSON REPRESENTED (Show your full name): Kimberly Cox

1 ☑ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

LOCATION NUMBER

DOCKET NUMBERS
Magistrate
District Court: 08CR376
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)
☑ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☑ Yes  ☐ No  ☐ Am Self Employed
Name and address of employer: Cars R'us, 9100 S. Ashland, Chicago
IF YES, how much do you earn per month? $ 400
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? N/A ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

**CASH**
Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No  IF YES, state total amount $ 300 on hand

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $

**DEPENDENTS**
MARITAL STATUS:
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| phone | | $ | $ 100 |
| groceries | | $ | $ 150 |
| childcare | | $ | $ 125 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5/9/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Kimberly Cox