**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

**OFFICE OF THE CLERK**
May 13, 2008

Western District of Kentucky
Gene Snyder United States Courthouse
#106
601 West Broadway
Louisville, KY 40202-2227

**F I L E D**
5-13-08
MAY 1 3 2008

Re: U.S. -v-  Cox

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

\_X\_ Docket Sheet,         \_\_X\_Order of Removal dated: 5/9/08
        Case No.: 08 CR 376

\_\_\_\_ Affidavit in Removal      \_\_\_\_ Final Commitment Proceedings

\_X\_ Financial Affidavit       \_\_\_\_ Temporary Commitment

\_\_\_\_ Order appointing counsel    X    Order setting conditions of release

\_\_\_ CJA 20 Form          \_\_\_\_ Detention Order

\_\_ Appearance form        X    Appearance Bond

                    \_\_\_\_ Other(see docket for entries):

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Laura Springer
        Deputy Clerk