MHN

FILE COPY

**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
May 13, 2008

Western District of Kentucky
Gene Snyder United States Courthouse
#106
601 West Broadway
Louisville, KY 40202-2227

3:08CR-46

**FILED**
JEFFREY A. APPERSON, CLERK

MAY 15 2008

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Re: U.S. -v- Cox

Rec'd.
T. Buch
Deputy Clerk

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

_X_ Docket Sheet,        _X_ Order of Removal dated: 5/9/08
    Case No.: 08 CR 376

____ Affidavit in Removal    ____ Final Commitment Proceedings

_X_ Financial Affidavit      ____ Temporary Commitment

____ Order appointing counsel    X    Order setting conditions of release

____ CJA 20 Form          ____ Detention Order

____ Appearance form      X    Appearance Bond

                          ____ Other(see docket for entries):

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

**FILED**
MAY 20 2008  TC
5-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

by: Laura Springer
     Deputy Clerk