MHW

# FILED

MAY 2 0 2008 TC

5-20-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Western District of Kentucky
   Gene Snyder United States Courthouse
   #106
   601 West Broadway
   Louisville, KY 40202-2227

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ___Wilma King___  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  5-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0000 9119 0612

PS Form 3811, February 2004   Domestic Return Receipt   08CR376   102595-02-M-1540

08CR376