UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 08 CR 376 |
| v. | ) | |
| | ) | Mag. Judge Nan R. Nolan |
| KIMBERLY COX | ) | |

GOVERNMENT'S UNOPPOSED MOTION TO DISMISS
COMPLAINT WITHOUT PREJUDICE

Now comes the UNITED STATES OF AMERICA, by and through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, Eastern Division, and respectfully moves that this Honorable Court dismiss without prejudice the criminal complaint in the above captioned case pursuant to Federal Rule of Criminal Procedure 48(a). Pursuant to this court's May 9, 2008, order, defendant has been removed to the Northern District of Iowa.

According to the United States Attorney's Office for the Western District of Kentucky in Louisville, Kentucky, the defendant in this matter appeared in Court in the Western District of Kentucky on May 20, 2008.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   S/Anthony P. Garcia
      ANTHONY P. GARCIA
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois  60604
      (312) 469-6151

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Federal Rules of Criminal Procedure 49 and 5, and Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document:

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS**
**COMPLAINT WITHOUT PREJUDICE**

was, on July 3, 2008, served pursuant to the district court's ECF system.

                                          Respectfully submitted,

                                          PATRICK J. FITZGERALD
                                          United States Attorney

                    By:     s/ Anthony P. Garcia
                            ANTHONY P. GARCIA
                            Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 08 CR 376 |
| v. | ) | |
| | ) | Mag. Judge Nan R. Nolan |
| KIMBERLY COX | ) | |

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to dismiss without prejudice the criminal complaint in the above captioned case pursuant to Federal Rule of Criminal Procedure 48(a),

IT IS HEREBY ORDERED that the criminal complaint in the above captioned case be dismissed without prejudice.

_____
Nan R. Nolan
U.S. Magistrate Judge

DATE: July \_\_\_\_, 2008