

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 376 - 1 | DATE | 07/08/08 |
| CASE TITLE | USA vs. Kimberly F Cox | | |

**DOCKET ENTRY TEXT**

Enter order granting UNOPPOSED MOTION by USA to dismiss complaint without prejudice as to Kimberly F Cox [11].

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|