

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )    No. 08 CR 376 |
| v. | ) |
| | )    Mag. Judge Nan R. Nolan |
| KIMBERLY COX | ) |

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to dismiss without prejudice the criminal complaint in the above captioned case pursuant to Federal Rule of Criminal Procedure 48(a),

IT IS HEREBY ORDERED that the criminal complaint in the above captioned case be dismissed without prejudice.

_____
Nan R. Nolan
U.S. Magistrate Judge

DATE: July __8__, 2008